UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Jose Heriberto RODRIGUEZ-Lares,**<br><br>Defendant(s) | Magistrate Case No.<br><br>**'08 MJ 0792**<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal<br>Aliens |

The undersigned complainant, being duly sworn, states:

On or about **March 11, 2008,** within the Southern District of California, defendant **Jose Heriberto RODRIGUEZ-Lares,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Silvia POPOCA-Arizmendi, Fernando FERNANDEZ-Valdivia,** and **Joel TORRES-Hernandez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF **MARCH 2008.**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Silvia POPOCA-Arizmendi, Fernando FERNANDEZ-Valdivia,** and **Joel TORRES-Hernandez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 11, 2008, Border Patrol Agent K. Wies was performing line-watch operations in the Imperial Beach Border Patrol Station area of operations. A scope operator advised him of a group of individuals traveling north in an area known as the 50 Draw. This area is approximately four miles west of the San Ysidro, California Port of Entry. Agent Wies responded and found the group of individuals attempting to hide. Agent Wies observed one individual, later identified as the defendant **Jose Heriberto RODRIGUEZ-Lares**, approximately ten yards in front of the group. Border Patrol Wies identified himself as a United States Border Patrol Agent and questioned all fifteen subjects as to their citizenship. All fifteen subjects, including the defendant, freely admitted to being citizens and nationals of Mexico illegally in the United States. At approximately 7:45 am, the defendant and the fourteen other subjects were subsequently arrested and transported to the Imperial Beach Station for processing.

## DEFENDANT STATEMENT

The defendant was advised of his Mranda rights. He stated he understood and was willing to make a statement without an attorney present. The defendant admitted to being a foot guide on this event. The defendant stated that he illegally entered the United States and guided the group of 14 individuals. The defendant stated that after jumping the border fence, he used a cell phone to take instructions as to where to lead his group. The defendant stated that he threw the phone away into the brush when he realized that the Border Patrol was going to arrest him and his group. The defendant stated that he was going to be paid $100.00 USD per individual that he successfully smuggled across the border and that he was going to take his group to an area where they would be picked up by a load vehicle.

## MATERIAL WITNESSES STATEMENT

Material witnesses **Silvia POPOCA-Arizmendi, Fernando FERNANDEZ-Valdivia,** and **Joel TORRES-Hernandez** agree in summary that they are citizens and nationals of Mexico illegally present in the United States without any immigration documents. The material witnesses stated that they were to pay $2000.00 to $2,500.00 (US) to be smuggled into the United States. Material witnesses were shown a photographic line up. **Silvia POPOCA-Arizmendi, Fernando FERNANDEZ-Valdivia** and **Joel TORRES Hernadez** were shown a photographic line up and were able to identify the defendant as the footguide.